IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE ALICEA, | : | CRIMINAL ACTION |
| | : | NO. 07-737-15 |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 13-7235 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

### O R D E R

**AND NOW**, this **23th** day of **April, 2015**, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF Nos. 952, 957) is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**